IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TONY RANDALL HILL,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4957

Opinion filed April 1, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Tony Randall Hill, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition seeking belated appeal is denied on the merits.

WOLF, BENTON, and RAY, JJ., CONCUR.